IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| | \* | |
| **V.** | \* | **CASE NO. 4:18-cr-00634-SWW** |
| | \* | |
| **KESHOWN LARON JOHNSON** | \* | |

## ORDER REVOKING SUPERVISED RELEASE

On March 15, 2022, the Court held a hearing on the United States' second superseding petition (*Doc. 52*) to revoke the supervised release of Defendant Keshown Laron Johnson. Defendant appeared with his attorney, Arkie Byrd, and Assistant United States Attorney Edward O. Walker appeared for the Government. Defendant admitted to certain, but not all, allegations in the Government's second superseding petition, and the Court found that he had violated the conditions of his supervised release.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant be, and it is hereby, *REVOKED*, and the Government's second superseding petition to revoke (*Doc. 52*) is GRANTED. The first superseding motion to revoke (*Doc. 47*) is MOOT.

IT IS FURTHER ORDERED that Defendant shall serve a term of imprisonment of **FIFTEEN MONTHS** in the custody of the Bureau of Prisons (BOP), with ***no supervised release to follow***. The Court recommends that Defendant

be designated to serve his sentence at the BOP institution in Texarkana, Texas and that he receive mental health treatment and participate substance abuse treatment during his incarceration. The Court ***does not recommend*** that Defendant be incarcerated at the BOP facility in Forrest City, Arkansas, where he would likely encounter individuals who would negatively influence his progress.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED, this 15th day of March, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
